IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANTOS FRANCIS MURCIA NAVARRO, | § | |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF K.R.N., a Minor | § | |
| *Plaintiffs* | § | |
| | § | CIVIL ACTON NO. 7:22-cv-0307 |
| V. | § | |
| | § | |
| RUDY GARCIA & | § | |
| ISS ACTION, INC. | § | |
| *Defendants* | § | |

**DEFENDANT ISS ACTION, INC.'S**
**DISCLOSURE OF INTERESTED PARTIES**

NOW COMES DEFENDANT, ISS ACTION, INC., and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff, Santos Francis Murcia Navarro, by and through his attorney of record, Lino H. Ochoa, 6316 N. 10th Street, Building D, Suite 102, McAllen, Texas 78504.

2. Plaintiff, K.R.N., by and through her attorney of record, Lino H. Ochoa, 6316 N. 10th Street, Building D, Suite 102, McAllen, Texas 78504.

3. Defendant, Rudy Garcia, 13748 Mulberry Road, Sebastian, Texas 78594.

4. Defendant, ISS Action, Inc.,158-12 Rockaway Boulevard Suite 200 Queens, New York, 11434, by and through its attorneys of record, Miguel A. Saldaña, Katie E. Payne, Kacey M. Villafuerte, WALSH GALLEGOS TREVINO KYLE & ROBINSON, P.C.,6770 W. Expressway 83, Suite 301, Harlingen, Texas 78552, and by and through its Board of Directors:

    Pamela Newman
    *Chief Executive Officer*

    Mark Caren
    *Controller*

    Yehuda Daphna
    *President*

5. Chubb Insurance, North America Financial Lines, Employment Practices Liability, 82 Hopmeadow Street, Simsbury, CT 06070.

If additional persons or entities that are financially interested in the outcome of the litigation are identified during the pendency of this litigation, then counsel shall amend this certificate and file it with the clerk.

Respectfully Submitted,

By: */s/ Miguel A. Saldaña*
**MIGUEL A. SALDAÑA**
State Bar No. 17529450
Federal ID No. 54700
6770 W. Expressway 83, Ste. 301
Harlingen, Texas 78552
E-Mail: msaldana@wabsa.com
Telephone: (956) 647-5122
Facsimile: (956) 647-5421

**OF COUNSEL:**

**WALSH GALLEGOS TREVIÑO**
**KYLE & ROBINSON P.C.**

**ATTORNEY IN CHARGE FOR DEFENDANT:**

**ISS ACTION, INC.**

By: */s/ Katie E. Payne*
**KATIE E. PAYNE**
State Bar No. 24071347
Federal ID No.: 1786856
Oak Park
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209
Telephone: (210) 979-6633
Facsimile: (210) 979-7024
E-mail: kpayne@wabsa.com

OF COUNSEL:

**WALSH GALLEGOS TREVIÑO**
**KYLE & ROBINSON P.C.**

                     By:    */s/ Kacey M. Villafuerte*
                                **KACEY M. VILLAFUERTE**
                                State Bar No. 24114493
                                Federal ID No. 3690258
                                6770 W. Expressway 83, Ste. 301
                                Harlingen, Texas 78552
                                E-Mail: kvillafuerte@wabsa.com
                                Telephone: (956) 647-5122
                                Facsimile: (956) 647-5421

OF COUNSEL:

**WALSH GALLEGOS TREVIÑO**
**KYLE & ROBINSON P.C.**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 14th day of September, 2022, a true and correct copy of the foregoing *Disclosure of Interested Parties* was electronically filed with the Clerk of the Court using CM/ECF system and has been served on Plaintiff's counsel of record, pursuant to Federal Rules of Civil Procedure as follows:

    **ATTORNEY FOR PLAINTIFF:**
    Mr. Lino H. Ochoa
    Law Office of Lino H. Ochoa
    6316 N 10th Street
    Building D, Suite 102
    McAllen, Texas 78504
    ***Via E-Mail:*** *service@linoslaw.com*

                                                      */s/ Miguel A. Saldaña*
                                                      Miguel A. Saldaña