United States District Court
Southern District of Texas
**ENTERED**
April 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SANTOS FRANCIS MURCIA NAVARRO, individually and as next friend of K.R.N., a minor, <br><br> Plaintiffs, <br><br> VS. <br><br> RUDY GARCIA and ISS ACTION, INC., <br><br> Defendants. | § § § § § § § § § § § § §  CIVIL ACTION NO. 7:22-cv-00307 |

## ORDER

The Court now considers the parties' notice of settlement[1] and proposed final judgment.[2] Therein, the parties announce a settlement in which the net proceeds will be entirely for the use of the minor.

Even absent a conflict that would require appointment of a guardian ad litem, the principles that undergird Federal Rule of Civil Procedure 17(c) counsel the Court to hold a hearing to assess whether the settlement serves the minor's best interest.[3] Accordingly, the Court **ORDERS** counsel for the parties, Santos Francis Murcia Navarro, and the minor K.R.N. to appear for a friendly suit hearing on **May 23, 2023, at 10:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 19th day of April 2023.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 18.
[2] Dkt. No. 19.
[3] *C.f. Baladez v. GM, LLC*, No. 1:17-CV-0194-C-BL, 2018 U.S. Dist. LEXIS 217831, at *4 (N.D. Tex. 2018).